## UNITED STATES BANKRUPTCY COURT
SOUTHERN **DISTRICT OF** CALIFORNIA

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PVH DNA, Inc. | § | Case No. 14-05552 CBL |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

NANCY WOLF, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 443,525.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants:  115,758.25 | Claims Discharged Without Payment:  NA |
| Total Expenses of Administration:  64,531.24 | |

3) Total gross receipts of $ 180,289.49  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 180,289.49  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 438,844.00 | $ 1,000,000.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 64,615.24 | 64,531.24 | 64,531.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 797.92 | 7,650.69 | 7,650.69 | 7,650.69 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,908,480.50 | 900,955.81 | 206,656.37 | 108,107.56 |
| **TOTAL DISBURSEMENTS** | $ 2,348,122.42 | $ 1,973,221.74 | $ 278,838.30 | $ 180,289.49 |

4)  This case was originally filed under chapter 7 on  07/11/2014 .  The case was pending for 31 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/01/2017                    By:/s/NANCY WOLF, TRUSTEE
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Notes and Accounts Receivable | 1121-000 | 1,080.00 |
| GENERAL ACCOUNTS RECEIVABLE PARTIALY SECURED UNDER | 1121-000 | 100,000.00 |
| RENO WILSON, INC. LOCATION: ACCTS RECEIVABLE | 1121-000 | 70,000.00 |
| BANK ACCOUNT WF, ACCT#3095; MAIN DEPOSIT ACCT WF, | 1129-000 | 6,656.90 |
| unlisted refunds | 1290-000 | 2,552.59 |
| **TOTAL GROSS RECEIPTS** | | **$180,289.49** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 BIBBY FINANCIAL 600 TownPark Lane, Suite 450 Kennesaw GA 30144 | | 38,844.00 | NA | NA | 0.00 |
| | Creditor # : 2 Dan Klobier 101 Colorado St. #908 Austin TX 78701 | | 400,000.00 | NA | NA | 0.00 |
| 000012 | C&H WEST MERCHANDISING, INC. | 4210-000 | NA | 1,000,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 438,844.00** | **$ 1,000,000.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NANCY WOLF, TRUSTEE | 2100-000 | NA | 12,264.47 | 12,264.47 | 12,264.47 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 21.33 | 21.33 | 21.33 |
| RYDERS COMPOUND, INC. | 2410-000 | NA | 33.99 | 33.99 | 33.99 |
| Associated Bank | 2600-000 | NA | 470.66 | 470.66 | 470.66 |
| FRANCHISE TAX BOARD | 2820-000 | NA | 2,400.00 | 2,400.00 | 2,400.00 |
| NRAI SERVICES, INC. | 2820-000 | NA | 245.00 | 245.00 | 245.00 |
| NRAI SERVICES, LLC | 2820-000 | NA | 245.00 | 245.00 | 245.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NETCHEX, INC. | 2990-000 | NA | 120.30 | 120.30 | 120.30 |
| KIRBY, ESQ., DEAN T. | 3210-000 | NA | 34,926.90 | 34,926.90 | 34,926.90 |
| KIRBY, ESQ., DEAN T. | 3220-000 | NA | 1,649.23 | 1,649.23 | 1,649.23 |
| R. DEAN JOHNSON, CPA | 3410-000 | NA | 11,480.00 | 11,396.00 | 11,396.00 |
| R. DEAN JOHNSON, CPA | 3420-000 | NA | 600.36 | 600.36 | 600.36 |
| FISCHER AUCTION CO., INC. | 3610-000 | NA | 108.00 | 108.00 | 108.00 |
| FISCHER AUCTION CO., INC. | 3620-000 | NA | 50.00 | 50.00 | 50.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 64,615.24 | $ 64,531.24 | $ 64,531.24 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 Board of Equalization P.O. Box 942879 Sacramento CA 94279 | | 622.92 | NA | NA | 0.00 |
| | Creditor # : 2 Illinios Sec of State Department of Business Service Springfield IL 62756 | | 175.00 | NA | NA | 0.00 |
| 000016A | EMPLOYMENT DEVELOPMENT DEPARTMENT | 5800-000 | NA | 2,820.46 | 2,820.46 | 2,820.46 |
| 000006 | FRANCHISE TAX BOARD | 5800-000 | NA | 0.00 | 0.00 | 0.00 |
| N/A | FRANCHISE TAX BOARD | 5800-000 | NA | 245.00 | 245.00 | 245.00 |
| 000019A | ILLINOIS DEPARTMENT OF EMPLOYMENT | 5800-000 | NA | 94.28 | 94.28 | 94.28 |
| 000018 | INTERNAL REVENUE SERVICE | 5800-000 | NA | 1,229.20 | 1,229.20 | 1,229.20 |
| 000017A | THE OHIO DEPARTMENT OF TAXATION | 5800-000 | NA | 3,261.75 | 3,261.75 | 3,261.75 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 797.92 | $ 7,650.69 | $ 7,650.69 | $ 7,650.69 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 Aetna Life Ins. P.O. Box 7247-0213 Philadelphia PA 19170 | | 16,408.30 | NA | NA | 0.00 |
| | Creditor # : 10 Brian Delatorre 15573 SW 55 Terrace Miami FL 33185 | | 7,501.00 | NA | NA | 0.00 |
| | Creditor # : 11 Cambell Soup Comp 1 Campbell Pl., Box 45c Arvada CO 8103 | | 52.83 | NA | NA | 0.00 |
| | Creditor # : 12 Capital Dist Petrovskiy 3/2 27 Moscow | | 12,140.34 | NA | NA | 0.00 |
| | Creditor # : 13 Cartoon Network Ent. P.O. Box 533123 Charlotte NC 28290 | | 5,000.00 | NA | NA | 0.00 |
| | Creditor # : 14 Cavalier Telephone P.O. Box 9001111 Louisville KY 40290 | | 24.70 | NA | NA | 0.00 |
| | Creditor # : 15 CB4U Creating Business For You AV Amoricas 1501 PISO 20 A Colonial Providencia Guadalajara Mexico  44630 | | 22,086.20 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 17 Chad Bowers 155 Evergreen Dr. Springboro OH 45066 | | 402.79 | NA | NA | 0.00 |
| | Creditor # : 18 Chad Foreman 937 Tularosa Lane San Marcos CA 92078 | | 1,913.17 | NA | NA | 0.00 |
| | Creditor # : 19 Cincinnati Bell P.O. Box 748003 Cincinnati OH 45274 | | 164.15 | NA | NA | 0.00 |
| | Creditor # : 2 Alex Davis 665 Eddy St. #27 San Francisco CA 94109 | | 2,404.50 | NA | NA | 0.00 |
| | Creditor # : 20 Cintas P.O. Box 630803 Cincinnati OH 45263 | | 154.76 | NA | NA | 0.00 |
| | Creditor # : 21 Creative Urethanes 250 Independance Drive Winchester VA 22601 | | 9,306.04 | NA | NA | 0.00 |
| | Creditor # : 22 Danny Garcia 229 N. Sunrise Rd. Brea CA 92821 | | 5,013.50 | NA | NA | 0.00 |
| | Creditor # : 23 Daryl Angel 6012 River Terrace Tampa FL 33604 | | 4,500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 24 Daylight Transport, LLC P.O. Box 93155 Long Beach CA 90809 | | 1,238.91 | NA | NA | 0.00 |
| | Creditor # : 25 Dayton Power And Light P.O. Box 740598 Cincinnati OH 45274 | | 29.07 | NA | NA | 0.00 |
| | Creditor # : 26 DNA LLC 1905 ASTON AVE SUITE # 101 Carlsbad CA 92008 | | 2,676.50 | NA | NA | 0.00 |
| | Creditor # : 28 Donald Jason Dill 7924 Rosewood Ave Los Angeles CA 90048 | | 65.25 | NA | NA | 0.00 |
| | Creditor # : 29 Dongguan Shide SHoes CompanyLTD No. 1 Tong FU Rd Sangyuan Industries Area Dongchend Dist Guangdong Prov 523119 | | 101,836.87 | NA | NA | 0.00 |
| | Creditor # : 3 Anthony Van Engelen Inc 81 Cloudrest Aliso Viejo CA 92656 | | 51.00 | NA | NA | 0.00 |
| | Creditor # : 30 Douglas Street MFG 225 S Aviation Blvd., Ste.300 El Segundo CA 90245 | | 67,301.10 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 31 Dyrdek Enterprises 2850 Ocean Park Blvd, Ste 300 Santa Monica CA 90405 | | 14,000.00 | NA | NA | 0.00 |
| | Creditor # : 32 Elvis Presely Enterprises Inc. P.O. Box 2082 Memphis TN 38101 | | 241.76 | NA | NA | 0.00 |
| | Creditor # : 33 Fedex P.O. Box 7221 Pasadena CA 91109 | | 256.25 | NA | NA | 0.00 |
| | Creditor # : 34 Fredrick Gall 6012 River Terrace Tampa FL 33604 | | 3,750.00 | NA | NA | 0.00 |
| | Creditor # : 35 Freeform 8375 Camino Santa Fe #B San Diego CA 92121 | | 8,663.10 | NA | NA | 0.00 |
| | Creditor # : 36 Gilbert Crocket 1745 N Mariposa Ave. Apt 6 Los Angeles CA 90027 | | 7,500.00 | NA | NA | 0.00 |
| | Creditor # : 37 Grant Taylor LLC 543 Seminole Ave Atlanta GA 30307 | | 23.00 | NA | NA | 0.00 |
| | Creditor # : 38 Guru Khalsa 1120 Jackson Blvd.#1 Houston TX 77006 | | 7,898.25 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 39 GXS, Inc. P.O. Box 640371 Pittsburgh PA 15264 | | 1,800.00 | NA | NA | 0.00 |
| | Creditor # : 4 Aqua Falls Bottled Water P.O. Box 98 Enon OH 45323 | | 14.70 | NA | NA | 0.00 |
| | Creditor # : 40 High Speed Productions P.O. Box 884570 San Francisco CA 94188 | | 12,000.00 | NA | NA | 0.00 |
| | Creditor # : 41 Huizhou Excel Sporting Goods 516221 Huizhou City Guangdong Prov, P.R. China | | 195.84 | NA | NA | 0.00 |
| | Creditor # : 42 Hunt Film Works P.O. Box 36067 Los Angeles CA 90036 | | 80.60 | NA | NA | 0.00 |
| | Creditor # : 43 Hurray Distribution BVBA Pastoor Coplaan 140 Zwijndrecht Boring MD 2070 | | 27,529.75 | NA | NA | 0.00 |
| | Creditor # : 44 Innovative Lieasure 2658 Griffith Park Blvd. 324 Los Angeles CA 90039 | | 1,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 45 Intl Assoc. Of Skateboard Companies 22431 Antonio Pkwy. B160-412 Rancho Santa Mar CA 92688 | | 2,000.00 | NA | NA | 0.00 |
| | Creditor # : 46 IPFS Corp P.O. Box 100391 Pasadena CA 91189 | | 5,027.38 | NA | NA | 0.00 |
| | Creditor # : 47 Jacob Johnson P.O. Box 40956 San Francisco CA 94140 | | 4,500.00 | NA | NA | 0.00 |
| | Creditor # : 48 Jido & Juniar Inc 6124 Innovation Way Carlsbad CA 92009 | | 6,733.35 | NA | NA | 0.00 |
| | Creditor # : 49 John Fitzgerald 627 E Cypress Ave Glendora CA 91741 | | 500.00 | NA | NA | 0.00 |
| | Creditor # : 5 Artestar, LLC 20 West 22nd St, ste 1601 New York NY 10010 | | 8,327.17 | NA | NA | 0.00 |
| | Creditor # : 51 KBN LLC 10400 SW Ridgview Lane Portland OR 97219 | | 7,500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 52 Kerry Getz 130 N Valleybrook Rd Boulder CO 8034 | | 2,662.00 | NA | NA | 0.00 |
| | Creditor # : 53 Key Bank P.O. Box 790408 Saint Louis MO 63179 | | 3,820.98 | NA | NA | 0.00 |
| | Creditor # : 54 Marius Syvanen 5270 Caminito Vista Lujo San Diego CA 92130 | | 2,410.00 | NA | NA | 0.00 |
| | Creditor # : 55 Mark Suciu 1217 Spring Garden St. Apt 506 Philadelphia PA 19123 | | 4,500.00 | NA | NA | 0.00 |
| | Creditor # : 56 Matt Dewer | | 199.60 | NA | NA | 0.00 |
| | Creditor # : 57 Mayer Hoffman Mccann P.C. P.O. Box 503646 San Diego CA 92150 | | 750.00 | NA | NA | 0.00 |
| | Creditor # : 58 Migueal Valle 1217 Spring Garden St. Philadelphia PA 19123 | | 4,000.00 | NA | NA | 0.00 |
| | Creditor # : 59 MIKE TAYLOR, INC. 176 FALLBROOK AVE Newbury Park CA 91320 | | 1,179.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 6 AT&T P.O. Box 5080 Carol Stream IL 60197 | | 387.85 | NA | NA | 0.00 |
| | Creditor # : 60 Mister Misery, Inc. P.O. Box 130146 Carlsbad CA 92013 | | 44.00 | NA | NA | 0.00 |
| | Creditor # : 61 Montgomery County Environmental P.O. Box 742598 Cincinnati OH 45274 | | 465.61 | NA | NA | 0.00 |
| | Creditor # : 62 National Registered Agents Inc. 2875 Michelle Drive #100 Irvine CA 92606 | | 27.08 | NA | NA | 0.00 |
| | Creditor # : 63 Oliver Barton 383 Westminster Ave Los Angeles CA 90020 | | 500.00 | NA | NA | 0.00 |
| | Creditor # : 64 Ozar LLC P.O. Box 340782 Sacramento CA 95834 | | 6,000.00 | NA | NA | 0.00 |
| | Creditor # : 65 Paylocity P.O. Box 87844 Carol Stream IL 60188 | | 220.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 66 PGI Enterprises Inc 1000 Beacher St San Leandro CA 94577 | | 308.25 | NA | NA | 0.00 |
| | Creditor # : 67 PS Stix Inc P.O. Box 12590 Costa Mesa CA 92627 | | 11,353.75 | NA | NA | 0.00 |
| | Creditor # : 68 Real Art Design Group, Inc. 520 East First Street Dayton OH 45402 | | 431.25 | NA | NA | 0.00 |
| | Creditor # : 69 Reddy Wu 802 Bld 3 Meiyuhuating Xinjie Huadu District, Guangdong Povinc | | 2,371.00 | NA | NA | 0.00 |
| | Creditor # : 7 Austyn Gillette 6012 River Terrace Tampa FL 33604 | | 474.00 | NA | NA | 0.00 |
| | Creditor # : 70 Reel Picture Production 5330 East gate Mall San Diego CA 92121 | | 2,456.20 | NA | NA | 0.00 |
| | Creditor # : 72 Shammam Consulting Services 2305 Vlahalla View Drive El Cajon CA 92019 | | 9,654.23 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 73 Samador SA Distribution San Martin 2481, 11.800 Montevideo | | 25,468.10 | NA | NA | 0.00 |
| | Creditor # : 75 Source Interlonk Media P.O. Box 933852 Atlanta GA 31193 | | 18,388.00 | NA | NA | 0.00 |
| | Creditor # : 76 Staples Advantage P.O. Box 83689 Chicago IL 60696 | | 21.59 | NA | NA | 0.00 |
| | Creditor # : 77 Stefan Janoski 6012 River Terrace Tampa FL 33604 | | 6,750.00 | NA | NA | 0.00 |
| | Creditor # : 79 The Hartford P.O. Box 660916 Dallas TX 75266 | | 5,437.49 | NA | NA | 0.00 |
| | Creditor # : 8 Backwoods Properties, LLC 2947 Boulder Ave Dayton OH 45414 | | 1,900.00 | NA | NA | 0.00 |
| | Creditor # : 80 The Skateboard Mah 2647 Gateway Rd. Ste 105 PMB Carlsbad CA 92009 | | 2,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 81 Tigers Int Logistics Shannonweg 72-74 3197 LH, Rotterdam-Botlek, Netherlands | | 50,918.00 | NA | NA | 0.00 |
| | Creditor # : 82 Time Warner Cable P.O. Box 1060 Carol Stream IL 60132 | | 585.54 | NA | NA | 0.00 |
| | Creditor # : 84 TYCO Integrated Sec. P.O. Box 37196 Pittsburgh PA 15250 | | 173.14 | NA | NA | 0.00 |
| | Creditor # : 85 Tyler Bledsoe 1765 Longview Way Salem OR 97304 | | 4,500.00 | NA | NA | 0.00 |
| | Creditor # : 86 UPS P.O. Box 894820 Los Angeles CA 90189 | | 542.12 | NA | NA | 0.00 |
| | Creditor # : 87 UPS Supply 28013 Network Place Chicago IL 60673 | | 894.31 | NA | NA | 0.00 |
| | Creditor # : 88 Vectren Energy Delivery P.O. Box 6262 Indianapolis IN 46206 | | 386.78 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 89 Vibrahm USA 9 DamonmillSq. Ste H3 Harrisburg PA 1742 | | 150.00 | NA | NA | 0.00 |
| | Creditor # : 90 Woodsist Rescords 362 Buttermilk Falls Rd Warwick NY 10990 | | 1,999.50 | NA | NA | 0.00 |
| | Creditor # : 91 YRC Freight P.O. Box 100129 Pasadena CA 91189 | | 968.63 | NA | NA | 0.00 |
| 000010 | BBS MANUFACTURING, INC. | 7100-000 | 116,323.02 | 94,595.94 | 94,595.94 | 49,485.70 |
| 000002 | CBIZ MHM, LLC | 7100-000 | 868.75 | 868.75 | 868.75 | 454.47 |
| 000013 | CORPORACION DEPORTES EXTREMOS, C.A. | 7100-000 | NA | 54,043.86 | 0.00 | 0.00 |
| 000016B | DEPARTMENT, EMPLOYMENT DEVELOPMENT | 7100-000 | NA | 869.98 | 869.98 | 455.11 |
| 000015 | DNA LLC | 7100-000 | 936,077.00 | 31,306.00 | 0.00 | 0.00 |
| 000003 | GE CAPITAL C/O BILL KILBURG | 7100-000 | NA | 53,909.81 | 0.00 | 0.00 |
| 000009 | GLOBE/DWINDLE/DOUGL AS STREET MFG/OS | 7100-000 | NA | 71,484.62 | 71,484.62 | 37,395.55 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000019B | ILLINOIS DEPARTMENT OF | 7100-000 | NA | 50.00 | 50.00 | 26.16 |
| 000005 | JUSTIN ALBERT | 7100-000 | 1,900.00 | 1,900.00 | 1,900.00 | 993.94 |
| 000017B | OHIO DEPARTMENT OF TAXATION | 7100-000 | NA | 407.08 | 407.08 | 212.95 |
| 000011 | RENO WILSON, INC. | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000001 | RYDERZ COMPOUND, INC | 7100-000 | 159,124.00 | 159,124.00 | 0.00 | 0.00 |
| 000008 | SOLOMON WARD SEIDENWURM & SMITH, LL | 7100-000 | 332.90 | 37,321.27 | 36,480.00 | 19,083.68 |
| 000004 | SRH PRODUCTIONS, INC. | 7100-000 | NA | 113,768.50 | 0.00 | 0.00 |
| 000014 | STRADLING YOCCA CARLSON & RAUT | 7100-000 | 3,744.70 | 31,306.00 | 0.00 | 0.00 |
| 000007 | TRENWITH MANAGEMENT, INC. | 7100-000 | 135,000.00 | 250,000.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,908,480.50 | $ 900,955.81 | $ 206,656.37 | $ 108,107.56 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 14-05552 | CBL | Judge: HON. CHRISTOPHER B. LATHAM | Trustee Name: | NANCY WOLF, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | PVH DNA, Inc. | | | Date Filed (f) or Converted (c): | 07/11/14 (f) |
| | | | | 341(a) Meeting Date: | 08/11/14 |
| For Period Ending: | 02/01/17 | | | Claims Bar Date: | 11/17/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. BANK ACCOUNT WF, ACCT#3095; MAIN DEPOSIT ACCT WF, <br>    Bank Account WF, Acct#3095; Main Deposit Acct WF, Acct#4309: <br>    Deposit WF, Acct#4291: Payroll Location: In debtor's possession | 500.00 | 6,656.90 | | 6,656.90 | FA |
| 2. GENERAL ACCOUNTS RECEIVABLE PARTIALY SECURED <br>UNDER <br>    General Accounts Recievable Partialy secured under factoring <br>    agreement Location: With BIBBY FINANCIAL Factoring Agreement - <br>    SETTLEMENT OF CLAIM PENDING FOR $100,000.00, MUTUAL <br>    RELEASES AND ASSIGNMENT OF APPARENT <br>    UNCOLLECTABLE CLAIMS TO BIBBY(APPROX. FACE VALUE <br>    OF $10,000) | 312,000.00 | 100,000.00 | | 100,000.00 | FA |
| 3. PACIFIC VECTOR HOLDINGS, INC. ACCT. RECEIVABLE <br>    AS AMENDED - Pacific Vector Holdings, Inc. Location: Accounts <br>    Receivable - NOTE:  PACIFIC VECTOR HOLDINGS, INC. IS IN <br>    BANKRUPTCY IN TORONTO, CANADA - @ 3/28/16 NO ASSETS <br>    HAVE BEEN RECOVERED AND NONE ARE EXPECTED - <br>    ABANDON CLAIM AT CLOSE OF CASE OR LEAVE <br>    UNADMINISTERED - NOTE:  CONFIRMATION OF RECEIPT OF <br>    CLAIM CONFIRMED BY TRUSTEE IN CANADA - TRUSTEE IN <br>    CANADA STATED NO FUNDS AVAILABLE FOR DIST. IN THE <br>    CANADIAN CASE -  NOTICE FROM CANADIAN TRUSTEE IN <br>    PREP FOR CASE CLOSING  -  CANADIAN CASE INSOLVENT AS <br>    TO ADMIN CLAIMS - NO VALUE TO ESTATE - ABANDONED AT <br>    CLOSE | 141,525.00 | 0.00 | | 0.00 | FA |
| 4. RENO WILSON, INC. LOCATION: ACCTS RECEIVABLE <br>    Reno Wilson, Inc. Location: Accounts receivable - CLAIM FILED IN <br>    RENO WILSON BANKRUPTCY - RENO WILSON TRUSTEE <br>    OBJECTING TO THE  CLAIM - CLAIM PENDING SETTLEMENT | 140,724.00 | 70,000.00 | | 70,000.00 | FA |

Ver: 19.06c

**FORM 1**

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 2

Exhibit 8

| Case No: | 14-05552 | CBL | Judge: HON. CHRISTOPHER B. LATHAM |
| Case Name: | PVH DNA, Inc. | | |

Trustee Name: NANCY WOLF, TRUSTEE
Date Filed (f) or Converted (c): 07/11/14 (f)
341(a) Meeting Date: 08/11/14
Claims Bar Date: 11/17/14

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | FOR $70,000.00 (APPROVED IN RENO WILSON CASE - PENDING RUNNING OF NOIA IN INSTANT CASE - ORDER SETTLING CLAIM FOR $70,000 ENT. 4/29/16 DOC #73 - AMENDED CLAIM THEREON FILED IN RENO WILSON CASE 5/3/16 | | | | | |
| 5. | 2 DISPLAY CASES, FOR TRADE SHOWS LOCATION: IN DEBT | 4,000.00 | 0.00 | | 0.00 | FA |
| | 2 Display Cases, for trade shows Location: In debtor's possession - SOLD AT AUCTION SEE ASSET NO. 8 | | | | | |
| 6. | INVENTORY HELD BY 3RD PARTY, NAMELY TIGERS INTERNA | 298,000.00 | 0.00 | OA | 0.00 | FA |
| | Inventory Held by 3rd Party, namely TIGERS INTERNATIONAL-Netherlands Consists of mainly skateboards and shoes Location: Netherlands; PROPERTY LIQUIDATED BY HOLDER FOR MONTHS OF UNPAID STORAGE CHARGES - COST TO PURSUE AND OFFSETS PROHIBITIVE - ABANDONED FILED 9/21/16 - PROPERTY SUBJECT TO APPARENT WAREHOUSEMAN'S LIENS AND JUDGMENTS IN THE NETHERLANDS WHICH APPEAR TO EXCEED LIQUIDATION VALUE OF INVENTORY - COSTS TO PURSUE PROHIBITIVE LIQUIDATION VALUE OF INVENTORY | | | | | |
| 7. | UNLISTED PALLET OF SKATEBOARD PARTS (u) | 0.00 | 0.00 | | 0.00 | FA |
| | SOLD AT AUCTION SEE ASSET NO. 8 | | | | | |
| 8. | AUCTION OF DISPLAY CASES & SKATEBOARD PARTS | 0.00 | 1,080.00 | | 1,080.00 | FA |
| | AUCTION SCHEDULED FOR 9/9/14 - REFERENCE ASSETS NO. 5 & 7 | | | | | |
| | GROSS $1080.00 LESS COMMISSION $108.00 LESS EXPENSES $50.00 = $922.00 NET TO ESTATE | | | | | |
| 9. | unlisted refunds (u) | 0.00 | 2,552.59 | | 2,552.59 | FA |
| | collected | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     3

Exhibit 8

Case No:      14-05552      CBL    Judge: HON. CHRISTOPHER B. LATHAM

Case Name:    PVH DNA, Inc.

Trustee Name:                    NANCY WOLF, TRUSTEE

Date Filed (f) or Converted (c):    07/11/14 (f)

341(a) Meeting Date:    08/11/14

Claims Bar Date:    11/17/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $896,749.00 | $180,289.49 |  | $180,289.49 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

01/01/17 FINAL DIVIDENDS MAILED

11/23/16 all professionals paid per order and NFR uploaded for service

October 24, 2016, fee app filed

October 23, 2016, TFR/NFR submitted to UST

October 15, 2016 Special Charges Requested

9/23/16 all objections settled

9/9/16  8 of 9 objection to claims orders entered and all receipts received

4/29/16 ORDER SETTLING CLAIM IN RENO WILSON FOR $70,000

4/28/16 order filed & pending entry with Reno Wilson for $70,000; verbal settlement reached with Bibby for $100,000

(trustee's counsel to prepare agreement)

3/31/16 pending settlement negotiations re further asset recovery re Bibby & Reno Wilson

8/3/15 conf. with counsel re remaining issues re claims in related estates, abandonment of assets in Netherlands and

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    4

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 14-05552    CBL    Judge: HON. CHRISTOPHER B. LATHAM | Trustee Name: | NANCY WOLF, TRUSTEE |
| Case Name: | PVH DNA, Inc. | Date Filed (f) or Converted (c): | 07/11/14 (f) |
| | | 341(a) Meeting Date: | 08/11/14 |
| | | Claims Bar Date: | 11/17/14 |

review of factor documents to see if they show no funds owed the debtor

9/16/14 - 3/31/15 INVESTIGING POSSIBLE RECOVERY OF ASSETS - NOT PROMISING - AT THIS TIME ESTATE INSOLVENT AS TO ADMIN.

EXPENSES

11/13/14 claims filed in the Ryder and Reno cases

9/20/14 court approved settlement re rent allocation re shared leasehold

9/16/14 CONCLUDED 341(A) - INITIAL REPORT FILED

8/14/14 RDJ appointed as  CPA for trustee/estate

CONTINUED FOR FURTHER DOCUEMENTS AND ANY CLEAN-UP AMENDMENTS

CONCLUDED INITIAL REPORT FILED

Initial Projected Date of Final Report (TFR): 12/31/17          Current Projected Date of Final Report (TFR): 12/31/17

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

**Exhibit 9**

| Case No: | 14-05552 -CBL | Trustee Name: | NANCY WOLF, TRUSTEE |
|---|---|---|---|
| Case Name: | PVH DNA, Inc. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5924  Checking Account |
| Taxpayer ID No: | *******7386 | | |
| For Period Ending: | 02/01/17 | Blanket Bond (per case limit): | $ 100,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/29/14 | 1 | WELLS FARGO BANK, NA POB 5110, MAC N9777-016 SIOUX FALLS, SD 57117-5110 | RECOVER CORP. BANK ACCT #4291 | 1129-000 | 249.38 | | 249.38 |
| 08/29/14 | 1 | WELLS FARGO BANK, NA POB 5110,MACN9777-016 SIOUX FALLS, SD 57117-5110 | RECOVER BUS. BANK ACCT. #3095 | 1129-000 | 1,809.98 | | 2,059.36 |
| 08/29/14 | 1 | WELLS FARGO BANK POB 5110, MAC N9777-016 SIOUX FALLS, SD 57117-5110 | RECOVER BUS. BANK ACCT. #4309 | 1129-000 | 4,597.54 | | 6,656.90 |
| 09/15/14 | 9 | IPFS CORPORATION 777 SOUTH FIGUEROA ST. SUITE 300 LOS ANGELES, CA 90017 | INSURANCE POLICY REFUND | 1290-000 | 1,174.08 | | 7,830.98 |
| 09/29/14 | 8 | FISCHER AUCTION CO. , INC. 1426 N. MAGNOLIA AVENUE EL CAJON, CA 92020 | NET PROCEEDS OF AUCTION | | 922.00 | | 8,752.98 |
| | | FISCHER AUCTION CO., INC. | Memo Amount:         1,080.00 NET PROCEEDS OF AUCTION | 1121-000 | | | |
| | | FISCHER AUCTION CO., INC. | Memo Amount:     (     108.00 ) AUCTIONEER COMMISSION | 3610-000 | | | |
| | | FISCHER AUCTION CO., INC. | Memo Amount:     (      50.00 ) AUCTION EXPENSE/ADVERT SHARE | 3620-000 | | | |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.14 | 8,742.84 |
| 10/12/14 | 010001 | RYDERS COMPOUND, INC. c/o Richard Kipperman, Bankruptcy Trustee Corporate Management, Inc PO Box 3010 La Mesa, CA 91944-3010 | pro rata portion admin. rent pro rata portion of admin. rent per agreement - see order ent. in Ryders case 9/22/14 based on percentage of gross auction proceeds for each of 3 related case (14-5552; 14-5553 & 14-5554) | 2410-000 | | 33.99 | 8,708.85 |

| | | | | Page Subtotals | 8,752.98 | 44.13 | |

Ver: 19.06c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 24)*

**FORM 2**

Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-05552 -CBL |
| Case Name: | PVH DNA, Inc. |
| | |
| Taxpayer ID No: | *******7386 |
| For Period Ending: | 02/01/17 |

| | |
|---|---|
| Trustee Name: | NANCY WOLF, TRUSTEE |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******5924  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 100,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/04/14 | 010002 | FRANCHISE TAX BOARD<br>STATE OF CALIFORNIA<br>POBOX 942857<br>SACRAMENTO, CA 94257-0531 | ESTIMATED TAX PMNT 2015 FORM 100-ES<br>FORM 100 ES F/Y/E  SEPTEMBER 30, 2015<br>#3609518 | 2820-000 | | 815.00 | 7,893.85 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.97 | 7,880.88 |
| 11/17/14 | 010003 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., SUITE 420<br>NEW ORLEANS, LA 70139 | BLANKET BOND PREMIUM<br>BLANKET BOND PREMIUM FOR 11/15/14 -<br>11/15/15<br>BOND # 016025040 (LIBERTY MUTUAL<br>INSURANCE CO.) | 2300-000 | | 13.42 | 7,867.46 |
| 11/17/14 | 010004 | Netchex, inc.<br>Attention:  Vanessa Alexander<br>S&W Payroll Services<br>1100 N. Causeway Blvd., Ste. 1<br>Madeville, LA 70471 | PMNT YEAR END PAYROLL TAX RETURNS<br>PAYMENT FOR PREPARATION OF YEAR END<br>STATE & FEDERAL PAYROLL TAX<br>RETURNS/W2'S FOR PVH DNA, INC. BY TAX<br>SERVICE<br>HANDLING DEBTOR'S PAYROLL TAX<br>PREPARATION | 2990-000 | | 120.30 | 7,747.16 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.69 | 7,735.47 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.62 | 7,723.85 |
| 01/16/15 | 9 | THE HARTFORD<br>HARTFORD FIRE INSURANCE COMPANY<br>HARTFORD, CONNECTICUT 06115 | INSURANCE REFUND | 1290-000 | 1,378.51 | | 9,102.36 |
| 01/30/15 | 010005 | NRAI SERVICES, INC.<br>160 GREENTREE DRIVE, STE. 101<br>DOVER, DE 19904 | DELAWARE FRANCHISE TAX<br>DELAWARE FRANCHISE TAX  YEAR END<br>12/31/14<br>INVOICE #IN70008827; STATE ID 5399493 | 2820-000 | | 245.00 | 8,857.36 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.28 | 8,845.08 |
| * 02/27/15 | 010006 | CALIFORNIA SECRETARY OF STATE | FORM SI-250 TAX<br>FORM SI-250<br>REFERENCE:  CA# C3609518 | 2820-003 | | 25.00 | 8,820.08 |

Page Subtotals        1,378.51        1,267.28

Ver: 19.06c

**UST Form 101-7-TDR (10/1/2010)** *(Page: 25)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| Case No: | 14-05552 -CBL | Trustee Name: | NANCY WOLF, TRUSTEE |
| Case Name: | PVH DNA, Inc. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5924  Checking Account |
| Taxpayer ID No: | *******7386 | | |
| For Period Ending: | 02/01/17 | Blanket Bond (per case limit): | $ 100,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.91 | 8,808.17 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.13 | 8,795.04 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.69 | 8,782.35 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.09 | 8,769.26 |
| 06/26/15 | 010007 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE. 420 NEW ORLEANS, LA 70139 | TRUSTEE BOND INCREASE PREMIUM TRUSTEE  BOND INCREASE PREMIUMM LIBERTY MUTUAL INSURANCE COMPANY BOND #016025040 | 2300-000 | | 2.94 | 8,766.32 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.65 | 8,753.67 |
| 07/27/15 | 010008 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE. 420 NEW ORLEANS, LA 70139 | BLANKET BOND INCREASE BLANKET BOND PAYMENT INCREASE PREMIUM LIBERTY MUTUAL INSURANCE COMPANY BOND # 016025040 TERME 11/15/14 - 11/15/15 | 2300-000 | | 1.05 | 8,752.62 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.05 | 8,739.57 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.03 | 8,726.54 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.59 | 8,713.95 |
| 10/09/15 | 010009 | FRANCHISE TAX BOARD STATE OF CALIFORNIA | FORM 1003S FYE 9/30/16  #3609518 TAX PAYMENT FORM 100ES FOR SEPTEMBER 30, 2016 #3609518 | 2820-000 | | 785.00 | 7,928.95 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.31 | 7,916.64 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.43 | 7,905.21 |
| 12/16/15 | 010010 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, STE. 420 NEW ORLEANS, LA 70139 | ANNUAL BLANKET BOND PREMIUM ANNUAL CHAPTER 7 BLANKET BOND PREMIUM REGION 15 - SOUTHERN DIST. CALIFORNIA BOND #016067656 | 2300-000 | | 3.92 | 7,901.29 |

| | | | Page Subtotals | | 0.00 | 918.79 | |

Ver: 19.06c

UST Form 101-7-TDR (10/1/2010) *(Page: 26)*

FORM 2

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-05552 -CBL |
| Case Name: | PVH DNA, Inc. |
| Taxpayer ID No: | *******7386 |
| For Period Ending: | 02/01/17 |

| | |
|---|---|
| Trustee Name: | NANCY WOLF, TRUSTEE |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******5924  Checking Account |
| Blanket Bond (per case limit): | $ 100,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 12/30/15 | 010011 | NRAI SERVICES, LLC<br>160 GREENTREE DR.. STE. 101<br>DOVER, DE 19904 | DELAWARE FRANCHISE TAX 2015<br>DELAWARE FERANCHISE TAX 2015<br>REF:  PVH DNA, INC. #5399493-2015<br>FRANCHISE REPORT | 2820-000 | | 245.00 | 7,656.29 |
| | 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.79 | 7,644.50 |
| | 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.45 | 7,633.05 |
| | 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.65 | 7,622.40 |
| | 04/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.37 | 7,611.03 |
| * | 04/27/16 | 010006 | CALIFORNIA SECRETARY OF STATE | FORM SI-250 TAX<br>CHECK RETURNED FROM THE CALIF. SEC. OF<br>STATE UNCASHED -  VOIDED | 2820-003 | | -25.00 | 7,636.03 |
| | 05/06/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.99 | 7,625.04 |
| | 06/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.34 | 7,613.70 |
| | 07/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.95 | 7,602.75 |
| | 08/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.30 | 7,591.45 |
| | 09/06/16 | 2 | KIRBY & MCGUINN, APC<br>CLIENT TRUST ACCOUNT<br>707 BROADWAY, STE. 1750<br>SAN DIEGO, CA 92101<br><br>REF:  BIBBY SETTLEMENT | SETTLEMENT WITH BIBBY | 1121-000 | 100,000.00 | | 107,591.45 |
| | 09/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.29 | 107,580.16 |
| | 09/09/16 | 4 | LEONARD J. ACKERMAN, TRUSTEE<br>FOR RENO WILSON, INC.<br>6977 NAVAJO ROAD, #124<br>SAN DIEGO, CA 92119 | PMNT IN FULL ON CLAIM IN RENO CASE | 1121-000 | 70,000.00 | | 177,580.16 |
| | 10/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 184.95 | 177,395.21 |
| | 10/10/16 | 010012 | FRANCHISE TAX BOARD<br>STATE OF CALIFORNIA | FORM 100ES FYE 9/30/17 #3609518<br>PAYMENT OF FRANCHISE TAX FORM 100ES | 2820-000 | | 800.00 | 176,595.21 |

Page Subtotals          170,000.00          1,306.08

Ver: 19.06c

UST Form 101-7-TDR (10/1/2010) *(Page: 27)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 14-05552 -CBL | Trustee Name: | NANCY WOLF, TRUSTEE |
| Case Name: | PVH DNA, Inc. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5924  Checking Account |
| Taxpayer ID No: | *******7386 | | |
| For Period Ending: | 02/01/17 | Blanket Bond (per case limit): | $ 100,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/22/16 | 010013 | POB 942857<br>SACRAMENTO, CA 94257-0531<br>R. DEAN JOHNSON, CPA<br>POB 420787<br>SAN DIEGO, CA 92142 | 9/30/17<br>#3609518<br>FINAL FEES/COSTS CPA FOR TRUSTEE<br>FINAL FEES/COSTS FOR CPA FOR TRUSTEE<br>PER ORDER ENT. 11/22/16<br>Fees          10,396.00<br>Expenses          600.36 | <br><br><br><br><br>3410-000<br>3420-000 | | 10,996.36 | 165,598.85 |
| 11/22/16 | 010014 | KIRBY & MCGUINN<br>ATTN:  ROBERTA ROBINSON, ESQ.<br>707 BROADWAY, SUITE 1750<br>SAN DIEGO, CA 92101 | FINAL FEES/COSTS ATTY FOR TRUSTEE<br>FINAL FEES/COSTS FOR ATTORNEY FOR<br>TRUSTEE PER ORDER ENT.<br>11/22/16<br>Fees          34,026.50<br>Expenses          1,563.43 | <br><br><br><br>3210-000<br>3220-000 | | 35,589.93 | 130,008.92 |
| 11/22/16 | 010015 | NANCY WOLF<br>POB 420448<br>SAN DIEGO, CA 92142 | FINAL COMPENSATION FOR TRUSTEE<br>FIRST AND FINAL COMPENSATION FOR<br>TRUSTEE PER ORDER ENT. 11/22/16 | 2100-000 | | 12,264.47 | 117,744.45 |
| 11/22/16 | 010016 | KIRBY & MCGUINN<br>ATTN:  ROBERTA ROBINSON, ESQ.<br>707 BROADWAY, SUITE 1750<br>SAN DIEGO, CA 92101 | SUPPLEMENTAL FEES "UP TO" AWARD<br>SUPPLEMENTAL FEES AWARDED "UP TO"<br>$1000 FOR ACTUAL WORK<br>DONE AFTER FEE APPLICATION FILED PER<br>ORDER ENTERED 11/22/16<br>Fees          900.40<br>Expenses          85.80 | <br><br><br><br><br>3210-000<br>3220-000 | | 986.20 | 116,758.25 |
| 11/23/16 | 010017 | R. DEAN JOHNSON, CPA<br>POB 420787<br>SAN DIEGO, CA 92142 | SUPPLEMENTAL FEES CPA FOR TRUSTEE<br>SUPPLEMENTAL "UP TO" $1,000 FOR ADDL.<br>SERVICES ACTUALLY PERFORMED AFTER<br>FEE APP PER ORDER ENT. 11/23/16 | 3410-000 | | 1,000.00 | 115,758.25 |
| 01/01/17 | 010018 | EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E, PO BOX | FINAL BANKRUPTCY DISTRIBUTION | 5800-000 | | 2,820.46 | 112,937.79 |

| | | | Page Subtotals | | 0.00 | 63,657.42 | |

Ver: 19.06c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 28)*

**FORM 2**

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-05552 -CBL | Trustee Name: | NANCY WOLF, TRUSTEE |
|---|---|---|---|
| Case Name: | PVH DNA, Inc. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5924  Checking Account |
| Taxpayer ID No: | *******7386 | | |
| For Period Ending: | 02/01/17 | Blanket Bond (per case limit): | $ 100,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 826880<br>SACRAMENTO, CA 95814 | | | | | |
| 01/01/17 | 010019 | THE OHIO DEPARTMENT OF TAXATION<br>ATTORNEY GENERAL OF THE STATE OF<br>OHIO, COLLECTION ENFORCEMENT<br>150 E. GAY STREET, 21ST FLOOR<br>COLUMBUS, OH 43215 | FINAL BANKRUPTCY DISTRIBUTION | 5800-000 | | 3,261.75 | 109,676.04 |
| 01/01/17 | 010020 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | FINAL BANKRUPTCY DISTRIBUTION | 5800-000 | | 1,229.20 | 108,446.84 |
| 01/01/17 | 010021 | ILLINOIS DEPARTMENT OF EMPLOYMENT<br>SECURITY<br>33 SOUTH STATE ST., 10TH FL<br>COLLECTION BK<br>CHICAGO, IL 60603 | FINAL BANKRUPTCY DISTRIBUTION | 5800-000 | | 94.28 | 108,352.56 |
| 01/01/17 | 010022 | FRANCHISE TAX BOARD<br>STATE OF DELAWARE<br>c/o NRAI SERVICES, LLC<br>160 GREENTREE DR., STE 101<br>DOVER, DE 19904 | FINAL BANKRUPTCY DISTRIBUTION | 5800-000 | | 245.00 | 108,107.56 |
| 01/01/17 | 010023 | CBIZ MHM, LLC<br>10616 SCRIPPS SUMMIT COURT, SUITE 100<br>SAN DIEGO, CA 92131 | FINAL BANKRUPTCY DISTRIBUTION | 7100-000 | | 454.47 | 107,653.09 |
| 01/01/17 | 010024 | JUSTIN ALBERT<br>2761 23 RD ST.<br>SAN FRANCISCO, CA 94110 | FINAL BANKRUPTCY DISTRIBUTION | 7100-000 | | 993.94 | 106,659.15 |
| 01/01/17 | 010025 | SOLOMON WARD SEIDENWURM & SMITH,<br>LLP<br>ATTN: MICHAEL D. BRESLAUER, ESQ.<br>401 B STREET, SUITE 1200 | FINAL BANKRUPTCY DISTRIBUTION | 7100-000 | | 19,083.68 | 87,575.47 |

|  |  | Page Subtotals | 0.00 | 25,362.32 |
|---|---|---|---|---|

Ver: 19.06c

**UST Form 101-7-TDR (10/1/2010)** *(Page: 29)*

**FORM 2**

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-05552 -CBL | | Trustee Name: | NANCY WOLF, TRUSTEE |
| Case Name: | PVH DNA, Inc. | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******5924  Checking Account |
| Taxpayer ID No: | *******7386 | | | |
| For Period Ending: | 02/01/17 | | Blanket Bond (per case limit): | $ 100,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SAN DIEGO, CA 92101 | | | | | |
| 01/01/17 | 010026 | GLOBE/DWINDLE/DOUGLAS STREET MFG/OSTA 225 SOUTH AVIATION BLVD EL SEGUNDO, CA 90245 | FINAL BANKRUPTCY DISTRIBUTION | 7100-000 | | 37,395.55 | 50,179.92 |
| 01/01/17 | 010027 | BBS MANUFACTURING, INC. 1905 DIAMOND ST. SAN MARCOS, CA 92078 | FINAL BANKRUPTCY DISTRIBUTION | 7100-000 | | 49,485.70 | 694.22 |
| 01/01/17 | 010028 | EMPLOYMENT DEVELOPMENT DEPARTMENT BANKRUPTCY GROUP MIC 92E POB 826880 SACRAMENTO, CA 94280-0001 | FINAL BANKRUPTCY DISTRIBUTION | 7100-000 | | 455.11 | 239.11 |
| 01/01/17 | 010029 | OHIO DEPARTMENT OF TAXATION ATTORNEY GENERAL OF THE STATE OF OHIO COLLECTION ENFORCEMENT 150 E. GAY STREET, 21ST FLOOR COLUMBUS, OH 43216 | FINAL BANKRUPTCY DISTRIBUTION | 7100-000 | | 212.95 | 26.16 |
| 01/01/17 | 010030 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 SOUTH STATE ST., 10TH FL, COLL. BK CHICAGO, ILLINOIS 60603 | FINAL BANKRUPTCY DISTRIBUTION | 7100-000 | | 26.16 | 0.00 |

Page Subtotals                    0.00              87,575.47

Ver: 19.06c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 30)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    8

Exhibit 9

| Case No: | 14-05552 -CBL |
| Case Name: | PVH DNA, Inc. |
| Taxpayer ID No: | *******7386 |
| For Period Ending: | 02/01/17 |

| Trustee Name: | NANCY WOLF, TRUSTEE |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******5924  Checking Account |
| Blanket Bond (per case limit): | $ 100,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 1,080.00 | COLUMN TOTALS | | 180,131.49 | 180,131.49 | 0.00 |
| | | Memo Allocation Disbursements: | 158.00 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | | Subtotal | | 180,131.49 | 180,131.49 | |
| | | Memo Allocation Net: | 922.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | | | Net | | 180,131.49 | 180,131.49 | |
| | | Total Allocation Receipts: | 1,080.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | Total Allocation Disbursements: | 158.00 | Checking Account - *******5924 | | 180,131.49 | 180,131.49 | 0.00 |
| | | Total Memo Allocation Net: | 922.00 | | | 180,131.49 | 180,131.49 | 0.00 |
| | | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |